## IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD W. HILLOCK, M.D.; AND
NEVADA ORTHOPEDIC & SPINE
CENTER, LLP,

Appellants,

vs.

A.R. A MINOR, BY AND THROUGH
CECILIA RUEDA, INDIVIDUALLY
AND AS PARENT AND NATURAL
GUARDIAN OF A.R., A MINOR,

Respondents.

No. 73120

FILED

JUL 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

RONALD W. HILLOCK, M.D.,
INDIVIDUALLY; AND NEVADA
ORTHOPEDIC & SPINE CENTER, LLP,
A NEVADA LIMITED LIABILITY
PARTNERSHIP,

Appellants,

vs.

A. R., A MINOR, BY AND THROUGH
CECILIA RUEDA, INDIVIDUALLY
AND AS PARENT AND NATURAL
GUARDIAN OF A.R., A MINOR,

Respondent.

No. 73844

## *ORDER DISMISSING APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-26290

cc: Hon. Valerie Adair, District Judge
Mandelbaum, Ellerton & Associates
Naylor & Braster
David N. Frederick
Becker Goodey
Gerald I. Gillock & Associates
Eighth District Court Clerk